IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ANGEL MANUEL DOMENECH, JR., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:13-CV-003 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Dep't of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION AND SUPPLEMENTS TO REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On February 28, 2013, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas petition be denied. On March 14, 2013, the Court docketed petitioner's objections to the Report and Recommendation. The United States Magistrate Judge then, on April 8, 2013, issued a Supplement to the February 28, 2013 Report and Recommendation. On April 23, 2013, the Magistrate Judge issued an additional supplement to the Febraruy 28, 2013, Report and Recommendation, which is a duplicate of the April 8, 2013, Report and Recommendation. The Court docketed petitioner's objections to the April 23, 2013, Report and Recommendation on May 6, 2013.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation and to the Supplement to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and

Recommendation and Supplements to the Report and Recommendation are hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this __14th__ day of __May__ 2013.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE